# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WARREN CRUMPTON, : | |
| AIS 167605, | |
| : | |
| Petitioner, | |
| : | |
| vs. | CA 11-0086-WS-C |
| : | |
| TONY PATTERSON, : | |
| | |
| Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 9, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 28th day of September, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE