**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WARREN CRUMPTON, | : | |
| AIS 167605, | | |
| | : | |
|    Petitioner, | | |
| | : | |
| vs. | | CA 11-0086-WS-C |
| | : | |
| TONY PATTERSON, | : | |
| | | |
|    Respondent. | | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED,**

**ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant

to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d).

Alternatively, this Court is procedurally barred from reaching the merits of petitioner's

claims raised in the instant habeas corpus petition. Crumpton is not entitled to a

certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

   **DONE** this 28th day of September, 2011.

   s/WILLIAM H. STEELE
   CHIEF UNITED STATES DISTRICT JUDGE