IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WARREN CRUMPTON, <br> AIS 167605, | : |
| | : |
| Petitioner, | |
| | : |
| vs. | CA 11-0086-WS-C |
| | : |
| TONY PATTERSON, | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). Alternatively, this Court is procedurally barred from reaching the merits of petitioner's claims raised in the instant habeas corpus petition. Crumpton is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 28th day of September, 2011.

    s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE